UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ISRAEL GARCIA-GARFIA

        Defendant.

CASE NO. 09CR2635-JM

JUDGMENT OF DISMISSAL
(Rule 48, F.R.Crim.P.)

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice;

___   the Court has dismissed the case for unnecessary delay; or

_X_   the Court has granted the motion of the Government for dismissal without prejudice; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

_X_   of the offense(s) of: as charged in the Information .

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged pursuant to Rule 48, Federal Rules of Criminal Procedure.

DATED: AUGUST 25, 2009

RUBEN B. BROOKS
UNITED STATES MAGISTRATE JUDGE

ENTERED ON _____